JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

JOEY RUIZ, individually and on behalf of other members of the general public similarly situated,

Plaintiff,

vs.

SOUTHERN TIRE MART, LLC, a Mississippi Limited Liability Company; SOUTHERN TIRE MART AT PILOT LLC, a Delaware Limited Liability Company; and DOES 1 through 25, inclusive,

Defendants.

Case No.: 2:24-cv-03429-SPG-E

**ORDER GRANTING REQUEST FOR DISMISSAL OF ENTIRE ACTION PURSUANT TO FED. R. CIV. P. 23(E) and 41(A)(2) [ECF NO. 37]**

Before the Court is the parties' Request for Dismissal of Entire Action Pursuant to Fed. R. Civ. P. 23(E) and 41(A)(2). (ECF No. 37 ("Request")). In the Request, the parties indicate that they reached a global settlement of these claims in a separate State Court action, which received final approval from the presiding judge on February 9, 2026. As such, the parties seek dismissal of Plaintiff's individual claims with prejudice and the class claims without prejudice.

Having reviewed the Request and the supporting declaration, and finding good cause for the requested relief, the Court hereby GRANTS the Request and ORDERS:

1.    Plaintiff's individual claims are hereby dismissed ***with prejudice***.

2.    The class claims are hereby dismissed ***without prejudice***.

3.    The Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated:  June 11, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE